BEFORE THE THIRD DIVISION, MAY 13, 1958

**No. 61923.**—United China & Glass Co. *v.* United States, protest 316399–K/14901 (New Orleans).

Opinion by JOHNSON, J.   In accordance with oral stipulation of counsel that the articles of merchandise, consisting of lady puff boxes and lids, and cigarette boxes and lids, are entireties, and are china or porcelain articles, other than tableware, not containing 25 percent or more of calcined bone, the merchandise was held dutiable, as claimed, at 50 cents per dozen, but not less than 45 percent nor more than 70 percent ad valorem, under paragraph 212, as modified, *supra*.

**No. 61924.**—United China & Glass Co. *v.* United States, protest 316233–K/15045 (New Orleans).

Opinion by JOHNSON, J.   In accordance with oral stipulation of counsel that certain items of the merchandise consist of decorated chinaware figures, not tableware, not containing 25 percent or more of calcined bone, the claim of the plaintiff was sustained.

**No. 61925**—United China & Glass Company *v.* United States, protest 316246–K/15070 (New Orleans).

Opinion by JOHNSON, J.   In accordance with the stipulation of counsel that certain items of the merchandise are articles, other than tableware, valued under $3 per dozen, the claim of the plaintiff was sustained.